IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 10-1727 JB |
| | ) | |
| DAVID GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DISMISSING SUPERSEDING INDICTMENT
AS TO DEFENDANT DAVID GARCIA**

THE UNITED STATES OF AMERICA having filed, on August 23, 2011, an unopposed motion to dismiss all charges of the superseding indictment against defendant **DAVID GARCIA**, and the Court finding the motion to be well taken, it is hereby

ORDERED that Counts 4, 6, 7, 13, 15, 17, 18 and 19 of the superseding indictment herein be and hereby are dismissed without prejudice as against defendant **DAVID GARCIA**.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*Electronically submitted*
*08/23/2011*
Jonathon M. Gerson
Assistant U.S. Attorney